UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AVRAM BABENKO; and MARINA BABENKO, Plaintiffs, v. ETHAN DILLON; and THOMAS DILLON, Defendants. | No. 5:19-cv-00199 |

**O R D E R**

**AND NOW**, this 2nd day of August, 2019, upon consideration of Plaintiffs' Complaint, ECF No. 1; Defendants' Motion to Dismiss all allegations of reckless behavior and punitive damages from the Complaint and Memorandum in support of the Motion to Dismiss, ECF No. 16; Plaintiffs' Response to Defendant's Motion to Dismiss, ECF No. 17, and for the reasons set forth in the accompanying Opinion, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss all allegations of reckless behavior and punitive damages from the Complaint, ECF No. 16, is **GRANTED**;

2. All allegations of reckless behavior and punitive damages are **DISMISSED without prejudice** from the Complaint; and

3. Plaintiffs are granted leave to file an Amended Complaint with allegations of reckless behavior and punitive damages consistent with the accompanying Opinion **on or before August 23, 2019.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge